## SHACKLEY v. STATE.
### No. 25117.

Court of Criminal Appeals of Texas.

Jan. 24, 1951.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

Court of Criminal Appeals of Texas.

Jan. 24, 1951.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant was convicted for unlawfully selling whisky in a dry area, and his punishment was assessed at a fine of $100.

All matters of procedure appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment is therefore affirmed.